UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| HARDIGG INDUSTRIES, INC., | ) | Civil Action No. 3:05-cv-30106-KPN |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | STIPULATION OF DISMISSAL |
| CPD INDUSTRIES, INC. and | ) | WITHOUT PREJUDICE |
| SERGIO BRICENO | ) | |
| Defendants. | ) | |
| | ) | |

The Plaintiff in the above-entitled action, pursuant to Fed. R. Civ. P. 41(a)(1)(i), hereby stipulates that said action be dismissed in its entirety without prejudice.

                                                Respectfully submitted,
                                                Hardigg Industries, Inc.
                                                By Its Attorneys:

                                                /s/ Pamela S. Chestek
Dated: June 16, 2005                  James C. Duda
                                                  BBO No. 551207
                                                Pamela S. Chestek
                                                  BBO No. 647124
                                               Bulkley, Richardson and Gelinas, LLP
                                               1500 Main Street, Suite 2700
                                               Springfield, MA 01115
                                               413-781-2820
                                               Fax: 413-272-6806
                                               e-mail: jduda@bulkley.com
                                                              pchestek@bulkley.com